**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FELECIA VEASLEY                                                                                          PLAINTIFF

v.                                             No. 4:10CV00124 JLH

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                                      DEFENDANT

## ORDER

The agreed motion to extend deadlines is GRANTED. Document #9. The expert disclosure deadline is extended up to and including September 21, 2010. The discovery deadline is extended up to and including October 7, 2010. All remaining deadlines remain as set out in the Final Scheduling Order entered on May 21, 2010.

IT IS SO ORDERED this 24th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE