# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

FELECIA VEASLEY                                                                                         PLAINTIFF

v.                                          No. 4:10CV00124 JLH

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                                          DEFENDANT

## ORDER

Presently before the Court is plaintiff's motion for continuance of the trial date. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for the week of November 22, 2010, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 27th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE