**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

FELICIA VEASLEY                                                                                         PLAINTIFF

v.                                              No. 4:10CV00124 JLH

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                                                DEFENDANT

## ORDER

Defendant's partial motion to quash plaintiff's notice of deposition of Wilbur Jordan and the Rule 30(b)(6) representative is denied as moot. Document #34.

IT IS SO ORDERED this 14th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE