IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FELICIA VEASLEY                                                                                PLAINTIFF

v.                                        No. 4:10CV00124 JLH

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                                       DEFENDANT

## ORDER

Felicia Veasley has filed a second motion to compel in which she states that she is seeking to discover Allstate's underwriting file relating to the insurance policy in question. According to Veasley's supplemental reply in support of her second motion to compel, Allstate has provided a computer printout, but counsel for Veasley does not believe that the computer printout represents all of the underwriting file. According to the supplemental reply, Allstate's lawyers are seeking assurance from Allstate that all of the underwriting files have been or will be produced. Veasley has asked the Court to set a deadline for Allstate to report in writing to the Court as to what efforts have been made to locate any additional underwriting records and to provide Veasley with any additional underwriting records in its possession, custody, or control. Veasley has suggested fifteen days.

The Court orders Allstate to produce the entire underwriting file to Veasley's lawyers on or before January 18, 2011. If the entire underwriting file has already been produced, Allstate must submit an affidavit from a person with personal knowledge stating that all of the underwriting file has already been produced. The deadline for the affidavit will be January 18, 2011. To this extent, Veasley's second motion to compel is granted. Document #28.

IT IS SO ORDERED this 3rd day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE