## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FELECIA VEASLEY                                                                                    PLAINTIFF

v.                                         NO. 4:10CV00124 JLH

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                                              DEFENDANT

### ORDER

The Amended Final Scheduling Order entered on October 13, 2010, set this matter for jury trial to commence at 9:15 a.m., sometime during the week of March 7, 2011, in Little Rock, Arkansas.  The Court has determined that the jury trial will begin at ***9:15 a.m. on MONDAY, MARCH 7, 2011***.

Counsel are requested to have three (3) copies of their witness and exhibit lists for the Court. The parties should be in the courtroom by 8:30 a.m. on Monday morning.

IT IS SO ORDERED this 28th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE