**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FELICIA VEASLEY                                                                PLAINTIFF

v.                                        No. 4:10CV00124 JLH

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                               DEFENDANT

## JUDGMENT

On the 7th day of March, 2011, this matter came before the Court for trial by jury.  Felicia

Veasley appeared in person and through her attorneys, Neil R. Chamberlin and Will Bond of

McMath Woods, P.A.  Allstate Property and Casualty Insurance Company appeared through its

corporate representative, Wilbur Jordan, and its attorneys, John E. Moore and Amy Lynn Tracy of

Munson, Rowlett, Moore & Boone, P.A.  Both parties announced ready for trial.  A jury of twelve

was duly selected and sworn.  On the third day of trial, one juror was excused, leaving eleven jurors.

After the close of all of the evidence and after the jury had been duly instructed according

to the law, the jury returned the verdict as follows:

Do you find from a preponderance of the evidence that Felicia Veasley either burned
her home or directed her home to be burned?        _____*yes*_____
                                                                                        (yes or no)

Judgment is therefore entered in favor of Allstate Property and Casualty Insurance Company

on the claims of Felicia Veasley.  The complaint of Felicia Veasley is dismissed with prejudice.

IT IS SO ORDERED this 9th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE